1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   HIGINIO CHAVEZ-ARZATE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) NO. 2:12-cr-00318 JAM
                                )
12           Plaintiff,          )
                                ) **STIPULATION AND ORDER**
13     v.                        ) **CONTINUING STATUS**
                                ) **CONFERENCE; EXCLUDING TIME**
14 HIGINIO CHAVEZ-ARZATE,       )
                                ) Date: October 30, 2012
15           Defendant.          ) Time: 9:45 a.m.
   _____) Judge: Hon. John A. Mendez

16
        IT IS HEREBY STIPULATED by and between the parties hereto
17
   through their respective counsel, Assistant United States
18
   Attorney NIRAV DESAI and Assistant Federal Defender JEFFREY L.
19
   STANIELS, attorney for HIGINIO CHAVEZ-ARZATE, that the status
20
   conference hearing date of October 30, 2012, be vacated, and
21
   the matter be set for status conference/change of plea on
22
   November 13, 2012, at 9:45 a.m.
23
        The parties have agreed to a fast track plea agreement.
24
   Due to the temporary unavailability of defense counsel and his
25
   interpreter confirmation of the agreement did not reach
26
   government counsel in time for him to comply with the court's
27
   notice requirements with respect to its calendar.
28

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 13, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel. The parties also request that the court find that these reasons support a finding that the ends of justice served by continuing this case and re-calendaring it as requested outweigh the interests of the public and of the defendant in a speedy trial

DATED: October 29, 2012   Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Public Defender

                                /s/ *JEFFREY L. STANIELS*
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for HIGINIO CHAVEZ-ARZATE

DATED: October 29, 2012   BENJAMIN WAGNER
                                United States Attorney

                                /s/ *JEFFREY L. STANIELS* for
                                NIRAV DESAI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 30, 2012, status conference hearings be continued to November 13, 2012, at 9:45 a.m. Based on the representation of defense counsel and good cause

appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the November 13, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

By The Court,

Dated: October 29, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge